FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 6 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Sates of America<br><br>PLAINTIFF(S)<br><br>v.<br><br>Joshua Michael Richardson<br><br>DEFENDANT(S). | CASE NUMBER<br>8:25-mj-00797-DUTY<br>2:25-mj-383-cwb<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Complaint
in the Middle _____ District of Alabama _____ on 09/25/2025
at 0800 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 _____ U.S.C., Section(s) 2261A
to wit: Traveling in interstate commerce with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent

A warrant for defendant's arrest was issued by: Middle District of Alabama

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/26/25
              Date

_____       Jozef Said
Signature of Agent              Print Name of Agent

FBI                             Special Agent
Agency                          Title

---

CR-52 (03/20)           DECLARATION RE OUT-OF-DISTRICT WARRANT